1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    ERIC ROJAS,                              Case No.  21-cv-05717-VKD

8              Plaintiff,

9         v.                                  **ORDER TO SHOW CAUSE RE
                                              SETTLEMENT**
10   RON WYNN, et al.,

11             Defendants.

12

13        The Court having been informed that the parties have agreed to settlement, all previously

14   schedule deadlines and appearances are VACATED.

15        On or before **June 13, 2022**, plaintiff shall file a voluntary dismissal pursuant to Fed. R.

16   Civ. P. 41(a)(1)(A)(i).  Rule 41(a)(1)(A) permits a plaintiff to voluntarily dismiss a case without a

17   court order (i) by notice if the defendants have not filed an answer or motion for summary

18   judgment, or (ii) by stipulation signed by all parties who have appeared.  Because defendants have

19   not yet filed an answer or motion for summary judgment, plaintiff may file a notice of dismissal

20   pursuant to Rule 41(a)(1)(A)(i).

21        If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom

22   2, 5th Floor, 280 South First Street, San Jose, California on **June 28, 2022 at 10:00 a.m.** and show

23   cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

24   Additionally, the parties shall file a statement in response to this Order to Show Cause no later

25   than **June 21, 2022** advising at to (1) the status of activities of the parties in finalizing settlement;

26   and (2) how much additional time, if any, is requested to finalize the settlement and file the

27   dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be

28   automatically vacated and the parties need not file a statement in response to this Order.

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: April 13, 2022

3

4                                                        _Virginia K. DeMarchi_

5                                                        VIRGINIA K. DEMARCHI
                                                         United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California